UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER PEACHEY,<br><br>                            Plaintiff,<br><br>     -against-<br><br>SHERRIF MICHAEL SCHIFF, et al.,<br><br>                          Defendants. | **ORDER**<br><br>23-CV-6409 (PMH) |

PHILIP M. HALPERN, United States District Judge:

Due to a scheduling conflict, the pre-motion conference currently scheduled for February 15, 2024 is rescheduled to **February 21, 2024 at 10:00 a.m.**

At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831. It is the responsibility of counsel for Defendants to make prior arrangements with the appropriate facility to have the Plaintiff available via telephone.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO-ORDERED:

Dated: White Plains, New York
       February 13, 2024

                                                                  Philip M. Halpern
                                                                  United States District Judge