UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER PEACHEY,

                Plaintiff,

-against-

SHERRIF MICHAEL SCHIFF, et al.,

                Defendants.

**ORDER**

23-CV-6409 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Defendants appeared for a telephonic pre-motion conference on March 11, 2024. Plaintiff, who is proceeding *pro se*, failed to appear for the conference. Accordingly, the Court's pre-motion conference requirement is hereby waived and Defendants' request for leave to move to dismiss Plaintiff's Amended Complaint is granted. Defendants shall serve and file their notice of motion and opening brief by April 8, 2024; Plaintiff shall file his opposition brief by May 6, 2024; Defendants shall serve and file their reply brief by May 20, 2024.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO-ORDERED:

Dated: White Plains, New York
       March 11, 2024

_____
Philip M. Halpern
United States District Judge