UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHRISTOPHER J. PEACHEY,

                                  Plaintiff,

v.

SHERIFF MICHAEL SCHIFF, et al.,

                                  Defendants.
-----------------------------------------------------------X

**ORDER**

23-CV-06409 (PMH)

      Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on July 24, 2023. (Doc. 1). Defendants' request for permission to move to dismiss Plaintiff's Amended Complaint was granted on March 11, 2024 and the Court entered a briefing schedule. (Doc. 43). On April 4, 2024, Defendants filed their motion to dismiss. (Doc. 44). Plaintiff's opposition was due by May 6, 2024. To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

      Given Plaintiff's *pro se* status, the Court *sua sponte* extends plaintiff's time to oppose the motion to dismiss until June 6, 2024. Defendants' reply, if any, is due June 20, 2024.

      **If plaintiff fails to file his opposition by June 6, 2024, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

      The Clerk is instructed to mail a copy of this Order to plaintiff at the address on the docket.

                                                **SO ORDERED:**

Dated:  White Plains, New York
           May 10, 2024

                                          _____
                                          PHILIP M. HALPERN
                                          United States District Judge