UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER J. PEACHEY,

                Plaintiff,

-against-                             23-CV-06409

SGT. ZAYAZ, CORPORAL NOBLE, and
GIANPAOLA SANTINI,              **ORDER OF DISMISSAL**

                Defendants.

PHILIP M. HALPERN, United States District Judge:

      By order dated December 2, 2024, the Court directed Plaintiff to file a second amended complaint within thirty days. (Doc. 52). That order specified that failure to comply would result in dismissal of the amended complaint. Plaintiff has not filed a second amended complaint. Accordingly, the amended complaint, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      The Clerk of Court is further directed to close this case.

SO ORDERED.

Dated:   White Plains, New York
          January 21, 2025

                                             PHILIP M. HALPERN
                                             United States District Judge